

**William S. Gyves**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel:  (212) 808-7640
Fax: (212) 808-7897
WGyves@KelleyDrye.com

November 10, 2021

MEMO ENDORSED

The conference in this matter currently scheduled for
November 18, 2021 is adjourned sine die.  Plaintiff will
move for default judgment by December 1, 2021.

**By ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

November 15, 2021

Re:     Bellridge Capital, LP v. EVmo, Inc.
        1:21-cv-07091-PGG

Dear Judge Gardephe:

        We represent plaintiff Bellridge Capital, LP ("Bellridge Capital").  The Court has
scheduled an initial pre-trial conference for November 18, 2021.  (Dkt. No. 7).  In advance of that
conference, the parties were required to submit a joint letter and case management plan by today.
We respectfully request that the Court adjourn the initial pre-trial conference in light of Bellridge
Capital's anticipated Order to Show Cause for Default Judgment.

        Defendant EVmo, Inc., f/k/a YayYo, Inc. and f/k/a Rideshare Rental, Inc. ("EVmo"), has
been in default since September 29, 2021.  (Dkt. No. 11)  For several weeks, we have been engaged in
good faith discussions with EVmo's counsel regarding the allegations of the Complaint and the
possibility of resolving this matter amicably.  In the context of those discussions, we agreed to forego
temporarily any steps to secure a default judgment against EVmo.  Unfortunately, EVmo's counsel
inexplicably has stopped responding to my telephone calls and emails concerning this matter.  In light
of this, Bellridge Capital has determined to pursue a default judgment.  It intends to file the necessary
order to show cause in short order.

Hon. Paul G. Gardephe
November 10, 2021


       Under these circumstances, the parties are not in a position to submit an initial case management report.  Accordingly, Bellridge Capital respectfully requests the Court adjourn the initial pre-trial conference to allow the anticipated order to show cause to run its course.

                                       Respectfully submitted,

                                       */s/  William S. Gyves*

                                       William S. Gyves


cc:     James Nealon, Esq.  (via email)

**KELLEY DRYE & WARREN LLP**            2