UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELLRIDGE CAPITAL, LP,<br><br>    *Plaintiff*<br><br>    v.<br><br>EVMO, INC, formerly known as YAYYO, INC. AND RIDESHARE RENTAL, INC.,<br>    *Defendant* | **ORDER**<br><br>**21 Civ. 7091 (PGG)** |

PAUL G. GARDEPHE, U.S.D.J.:

    The telephonic hearing, currently scheduled for January 27, 2022 at 4:15 p.m., will instead take place on **January 27, 2022 at 11:15 a.m.**

Dated: New York, New York
    January 20, 2022

SO ORDERED.

*/s/ Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge