UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELLRIDGE CAPITAL, LP,

    *Plaintiff*

v.

EVMO, INC, formerly known as YAYYO, INC. AND RIDESHARE RENTAL, INC.,

    *Defendant*

**ORDER**

21 Civ. 7091 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    For the reasons stated on the record today, Plaintiff's motion for default judgment is denied. (Dkt. No. 19) Defendant's cross-motion to vacate the Clerk's Certificate of Default is granted. (Dkt. Nos. 26) The Clerk of Court is directed to vacate the Clerk's Certificate of Default at Docket Entry 11 and terminate the motion at Docket Entry 26.

Dated: New York, New York
       January 27, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge