

**Memo Endorsed:** The application is granted. The conference currently scheduled for April 28, 2022 will instead take place on **May 26, 2022 at 11:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: April 26, 2022

April 26, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

<u>By ECF</u>
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:    Bellridge Capital, LP v. EVmo, Inc.
             21-cv-07091-PGG

Dear Judge Gardephe:

      We represent plaintiff Bellridge Capital, LP ("Bellridge Capital") and write with defense counsel's consent to request an adjournment of the pretrial conference scheduled for April 28, 2022 at 10:00 am.

      On April 7, 2022, the parties requested an extension of the discovery deadlines in this matter. (ECF 41). The Court granted that request. (ECF 42). While the parties' April 7 request included a new discovery schedule with a fact discovery end date of May 25, 2022, it did not include a new proposed date for the next pretrial conference. This was our error, for which we apologize. Accordingly, consistent with the prior extension of the discovery schedule, the parties respectfully request that the Court adjourn the pretrial conference to a date after the close of fact discovery on May 25.

      The parties have not previously sought an adjournment of the pretrial conference.

      Thank you in advance for your consideration.

                                       Respectfully,

                                       /s/ William S. Gyves

                                       William S. Gyves

cc:    All counsel of record (By ECF)