UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELLRIDGE CAPITAL, LP,

                Plaintiff,

-v-

EVMO, INC., f/k/a YAYYO, INC. and
RIDESHARE RENTAL, INC.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 7091 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 13, 2022, Plaintiff filed a letter-motion seeking a conference with the Court, "to address multiple material deficiencies in [Defendant's] discovery responses." (ECF No. 53 (the "Motion")). To date, Defendant has not responded to the Motion. Accordingly, Defendant shall respond to the Motion by **Wednesday, June 22, 2022**.

Defendant is warned that failure to respond to the Motion in compliance with this Order will constitute violation of a Court Order, and may result in the award of sanctions, including treating the Motion as unopposed and granting Plaintiff's requested relief. See Fed. R. Civ. P. 37, 41.

Dated:    New York, New York
            June 16, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge