UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELLRIDGE CAPITAL, LP,

               Plaintiff,

-v-

EVMO, INC., f/k/a YAYYO, INC. and
RIDESHARE RENTAL, INC.,

               Defendant.

CIVIL ACTION NO.: 21 Civ. 7091 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **Friday, October 7, 2022**, the parties shall file a joint status letter-advising the Court whether (i) they would like an additional settlement conference with the Court or, alternatively, (ii) propose a schedule for the remainder of fact and expert discovery.

Dated:     New York, New York
            September 21, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge