UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELLRIDGE CAPITAL, LP,

                Plaintiff,

-v-

EVMO, INC., f/k/a YAYYO, INC. and
RIDESHARE RENTAL, INC.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 7091 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint status letter (ECF No. 64 (the "Letter")), and orders as follows:

1. A telephonic discovery conference to discuss the privilege log issue outlined in the Letter is scheduled for **Thursday, November 3, 2022 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

2. By **Friday, October 21, 2022**, Plaintiff shall file a letter regarding privilege log issues (the "Privilege Log Letter"). Defendant shall file its response to the Privilege Log Letter by **Monday, October 31, 2022**.

3. By **Tuesday, October 18, 2022**, the parties shall file a revised case management plan for the Court's review and endorsement.

4. By **Monday, October 31, 2022**, the parties shall file the disputed privilege logs. Additionally, the parties shall include 20 mutually-agreed upon exemplars, or

alternatively, ten exemplars each.  The Court will email counsel with instructions for submitting the exemplars through the Court's file-share system.

Dated: New York, New York
October 11, 2022

SO ORDERED.

*[signature]*

SARAH L. CAVE
United States Magistrate Judge