UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELLRIDGE CAPITAL, LP,

                Plaintiff,

-v-

EVMO, INC., f/k/a YAYYO, INC. and
RIDESHARE RENTAL, INC.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 7091 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 11, 2022, the Court directed the parties to submit **20** mutually-agreed upon exemplars, or alternatively, **ten** (**10**) exemplars each, through the Court's file-share system. (ECF No. 65). To date, the parties have filed **28** documents for the Court's review (the "Uploaded Documents"). By **tomorrow, Wednesday, November 2, 2022 at 12:00 p.m.**, the parties shall upload **20** mutually-agree upon exemplars, or alternatively **ten** (**10**) exemplars each, for the Court's review through the Court's file-share system, or alternatively, (ii) identify which **20** documents to review from the Uploaded Documents.

Dated:      New York, New York
              November 1, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**