UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELLRIDGE CAPITAL, LP,

               Plaintiff,

-v-

EVMO, INC., f/k/a YAYYO, INC. and
RIDESHARE RENTAL, INC.,

               Defendant.

CIVIL ACTION NO.: 21 Civ. 7091 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephonic Discovery Conference is scheduled for **Tuesday, November 29, 2022 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss the outstanding privilege log issues. (ECF Nos. 64; 80).

Dated:      New York, New York
              November 15, 2022

                                            SO ORDERED.

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**