UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELLRIDGE CAPITAL, LP,

                              Plaintiff,

        -v-


EVMO, INC., f/k/a YAYYO, INC. and
RIDESHARE RENTAL, INC.,

                              Defendant.

CIVIL ACTION NO.: 21 Civ. 7091 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 3, 2022, the Court directed the parties to file the 2019 email described during the November 3, 2022 telephonic discovery conference in which Chief Financial Officer Kevin Pickard discussed the alleged May 2019 amendment to the Warrant dated March 8, 2018 (the "Email"), by **Thursday, November 10, 2022**. (ECF No. 77). To date, the parties have not filed the Email. Accordingly, the parties shall file the email by **Monday, November 28, 2022 at 12:00 p.m.**

Dated:      New York, New York
            November 22, 2022

                            SO ORDERED.

                            _____
                            SARAH L. CAVE
                            **United States Magistrate Judge**