UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELLRIDGE CAPITAL, LP,

                Plaintiff,

-v-

EVMO, INC., f/k/a YAYYO, INC. and
RIDESHARE RENTAL, INC.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 7091 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Withers Bergman LLP's motion to withdraw as counsel for Defendant EVmo,Inc. f/k/a Yayyo, Inc. and Rideshare Rentals, Inc. (collectively, "EVmo") (ECF No. 90 (the "Motion")), EVmo's opposition to the Motion (ECF No. 96 (the "Opposition")), and Stephen Sanchez's ("Mr. Sanchez") declaration in support of the Opposition. (ECF No. 96-1). Accordingly, a telephonic discovery conference is scheduled for **Thursday, March 16, 2023 at 12:00 p.m.** on the Court's conference line (the "Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. Mr. Sanchez is directed to appear at the Conference and the parties shall be prepared to discuss the Motion.

EVmo is directed to serve a copy of this Order on Mr. Sanchez.

Dated:      New York, New York
             March 10, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**