UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELLRIDGE CAPITAL, LP,

            Plaintiff,

-v-

EVMO, INC., f/k/a YAYYO, INC. and
RIDESHARE RENTAL, INC.,

            Defendant.

CIVIL ACTION NO.: 21 Civ. 7091 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the letter of Plaintiff Bellridge Capital, LP dated March 15, 2023 advising the Court that the parties have reached a settlement (ECF No. 100), and orders as follows:

1. All conferences and discovery deadlines are ADJOURNED sine die.

2. By **Monday, March 20, 2023**, the parties shall file a stipulation of dismissal for review and endorsement by the Honorable Paul G. Gardephe.

The Clerk of Court is respectfully directed to close ECF Nos. 90 and 100.

Dated:    New York, New York
            March 15, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**