

William S. Gyves
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7640
WGyves@KelleyDrye.com

> **Plaintiff's letter-motion requesting an extension of time to file a stipulation of dismissal for review and endorsement by the Honorable Paul G. Gardephe (the "Stipulation") (ECF No. 101) is GRANTED, and the parties shall the Stipulation by Monday, March 27, 2023.**
>
> The Clerk of Court is respectfully directed to close ECF No. 102.
>
> SO ORDERED 03/16/23
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**By ECF**
Honorable Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 18A
New York, New York 10007

  Re: Bellridge Capital, LP v. EVmo, Inc.
     21-cv-07091-PGG-SLC

Dear Magistrate Judge Cave:

  We represent plaintiff Bellridge Capital, LP ("Bellridge"). With the consent of counsel for defendant EVmo, Inc. ("EVmo"), we write with respect to yesterday's Order (ECF 101) requiring the parties to file a stipulation of dismissal with the Honorable Paul G. Gardephe by March 20, 2023. Specifically, we write to jointly request that the Court extend this deadline to March 27, 2023 for the following reasons.

  The parties anticipate executing a Settlement Agreement today. One of the principal settlement terms requires EVmo to issue shares to Bellridge within five business days of the Settlement Agreement's execution. Further, to ensure that these shares are issued prior to the dismissal of this action, the Settlement Agreement provides that the parties will submit a stipulation of dismissal within five business days <u>after</u> Bellridge's receipt of the shares.

  If we are required to file the stipulation with Judge Gardephe by March 20, 2023, we are concerned that EVmo will not yet have issued the shares that constitute a material component of the settlement consideration Bellridge is to receive. Indeed, we understand that mechanically it is unlikely that EVmo will be able to issue the shares so Bellridge receives them by March 20, 2023.

  In light of the above, the parties jointly and respectfully request that the Court extend through March 27, 2023 the deadline by which they must file a stipulation of dismissal for Judge Gardephe's review and endorsement.

Honorable Sarah L. Cave, U.S.M.J.
March 16, 2023

    Thank you in advance for your consideration.

                        Respectfully,

                        */s/ William S. Gyves*

                        William S. Gyves

cc:    James Nealon, Esq.  (By ECF)