UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

BELLRIDGE CAPITAL, LP,

                Plaintiff,

    - against -

EVMO, INC., f/k/a YayYo, Inc. and Rideshare Rental, Inc.,

                Defendant.

**JUDGMENT**

21 Civ. 7091 (PGG)

---------------------------------------------------------

PAUL G. GARDEPHE, U.S.D.J.:

        On December 12, 2023, this Court granted Plaintiff Bellridge Capital, LP's motion for entry of judgment pursuant to a confession of judgment previously executed by Defendant EVmo, Inc. (Order (Dkt. No. 121)) The confession of judgment states that, in the event EVmo defaults, judgment will be entered "in Bellridge's favor and against EVmo in the amount of $1,620,000.00, plus interest at the judgment rate from the date of this declaration and taxable costs, less any payments already made pursuant to the Settlement Agreement." (Klimov Decl., Ex. 1B (Confession of Judgment) (Dkt. No. 108-1) ¶ 12)

        Because EVmo defaulted on July 1, 2023, judgment will be entered in favor of Bellridge Capital, in the amount of the remaining settlement balance of $1,545,000.00. (Order (Dkt. No. 121) at 4, 7-8) This sum reflects the total amount due of $1,620,000.00 minus the $75,000.00 EVmo paid between April 1, 2023 and June 1, 2023. (Id. at 4 (citing Klimov Decl. (Dkt. No. 108) ¶¶ 29, 41))

        Bellridge Capital will also be awarded statutory interest at New York's prejudgment interest rate of 9%. (See Dec. 19, 2023 Bellridge Ltr. (Dkt. No. 123)) The total interest is $103,240.00, calculated from March 16, 2023, when EVmo signed the confession of

judgment, to December 12, 2023, when this Court granted Bellridge Capital's motion for entry of judgment.[1]

Bellridge Capital has "waived its right to an award of its attorneys' fees and expenses incurred in connection with enforcing its rights under the controlling settlement agreement." (Dec. 15, 2023 Bellridge Ltr. (Dkt. No. 122))

Accordingly, judgment is entered in favor of Plaintiff Bellridge Capital and against Defendant Evmo, Inc., in the amount of the remaining settlement balance ($1,545,000.00), plus interest ($139,050.00), for a total sum of $1,684,050.

Dated: New York, New York
December 19, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

---

[1] In a December 19, 2023 letter, Bellridge Capital seeks an interest award of $103,251. However, the accurate calculation is as follows: $1,545,000 (remaining settlement balance) multiplied by 0.09 (interest rate) equals $139,050 in annual interest. That amount is divided by 365 days for daily interest, multiplied by 271 days (the number of days between March 16 and December 12, 2023), which equals $103,240 in total interest.